Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| John Manuel Montez | § | Case No. |
| Sharen Louise Montez | § | 09-70584-HDH-13 |
| Debtors | § | Chapter 13 |

## DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtors, by counsel, and for this Motion state as follows:

1. Debtors filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding. Debtors were debtors in a prior case during the preceding year. To-wit: Chapter 13, Case No. 08-70322-HDH-13 filed on 8/7/2008.

2. Debtors seek an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtors' prior case was dismissed for: Debtor stopped working as an independent driver in March of 2009. He was out of work until July 10, 2009. Joint Debtor worked as a substitute teacher, working as needed.

5. The following changes of circumstances demonstrate that the Debtors can perform this plan and are likely to complete the case successfully: Debtor's now employed as a truck driver, full time for Con-Way Freight and will have the Trustee payment deducted from his pay check weekly. Joint Debtor is currently working part time for McDonald's.

WHEREFORE, Debtors' request this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on November 19, 2009 on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtors

Case 09-70584-hdh13    Doc 8    Filed 11/19/09    Entered 11/19/09 10:48:39    Desc Main
Document      Page 3 of 4

Debtor(s):  John Manuel Montez
Sharen Louise Montez

Case No:
Chapter: 13

NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| Attorney General of Texas<br>Shelly Horton<br>4630 50th Street, Suite 300<br>Lubbock, TX 79414 | JC Penney<br>Attention:  Bankruptcy Department<br>PO Box 103106<br>Roswell, GA 30076 | Titanium Emergency Group<br>P.O. Box 3407<br>Emergency room Physician<br>Wichita Falls, Texas 76301 |
| Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285 | Maverick Finance<br>PO Drawer 811<br>Spartanburg, SC 29304 | Triad Financial Corporation<br>5201 Rufe Snow Ste 400<br>North Richland Hills, TX 76180 |
| Curtis O. Barnes, PC/Bestbuy<br>PO Box 1390<br>Anaheim, CA 92815-1390 | Medi Comm Services/NTS Communic<br>5139 69th St<br>Lubbock, TX 79424 | Tribute<br>PO Box 105555<br>Atlanta, GA 30348 |
| Datasearch/United Regional<br>PO Box 461289<br>San Antonio TX  78246-1289 | Midland Credit Mgmt/Household<br>8875 Aero Dr   Ste 200<br>San Diego, CA 92123 | TXU Energy<br>200 W John Carpenter Fwy<br>Irving, TX 75039 |
| Executive Services<br>1200 Austin St<br>Wichita Falls, TX 76301 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX  76301 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 |
| Executive Services/Titanium Emer<br>1200 Austin St<br>Wichita Falls, TX 76301 | Portfolio Recoveries/The Credit<br>Attention:  Bankruptcy Department<br>PO Box 12914<br>Norfolk, VA 23541 | Verizon Wireless<br>PO Box 105378<br>Atlanta, GA 30348 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | Powerhouse Gym<br>3127 Lawrence Rd<br>Wichita Falls, TX 7630 | Wichita Co, City of Burk,Burkbu<br>c/o Harold Lerew<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| HSBC/Bestbuy<br>Po Box 15519<br>Wilmington, DE 19850 | Sallie Mae Servicing<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | Wichita Furniture<br>1000 Indiana St<br>Wichita Falls, TX 76301 |
| HSBC/ORCHARD BK<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>Carol Stream, IL 60197 | Target National Bank<br>PO Box 9475<br>Minneapolis, MN 55459 | Wilshire Credit Corp<br>PO Box 8517<br>Portland, OR 97207-8517 |
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | The Cash Store<br>3900 Sheppard Access Rd<br>Wichita Falls, TX 76308 | Wilshire Credit Corp<br>PO Box 1650<br>Portland, OR 97207-1650 |

Case 09-70584-hdh13 Doc 8 Filed 11/19/09 Entered 11/19/09 10:48:39 Desc Main
Document Page 4 of 4

Debtor(s): John Manuel Montez
Sharen Louise Montez
Case No:
Chapter: 13
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

```
World Finance Corp
928 Indiana St
Wichita Falls, TX 76301


Zales/Citibank
Po Box 6497
Sioux Falls, SD 57117
```